IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

   *Plaintiff*,

v.                                             Case No.: 4:24cv12-MW/MAF

**S.C. MCHENRY,**

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. The Magistrate Judge recommends that Plaintiff's 42 U.S.C. § 1983 complaint be dismissed because it is frivolous and Plaintiff failed to comply with a court order. *Id.* at 8–9. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion.

2. Plaintiff's complaint under 42 U.S.C. § 1983, ECF No. 1, is **DISMISSED**.

3. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** as frivolous under 28 U.S.C. 1915(e)(2)(B)(i) and for failure to comply with a court order under Federal Rule of Civil Procedure 41(b) and N.D. Fla. L. R. 41.1."

4. The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and counts as a strike.

5. The Clerk shall close the file.

**SO ORDERED on March 20, 2024.**

                                            s/Mark E. Walker               
                                            **Chief United States District Judge**